# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: JUAREZ, ELIZABETH A. § Case No. 12-38015
     JUAREZ, DEJESUS §
      §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    LARRY LIEBZEIT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $115,035.00      Assets Exempt: $26,592.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,306.15      Claims Discharged
     Without Payment: $69,605.92

Total Expenses of Administration: $1,193.85

---

    3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $88,777.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,193.85 | 1,193.85 | 1,193.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,352.00 | 22,659.72 | 21,336.07 | 3,306.15 |
| **TOTAL DISBURSEMENTS** | $164,129.00 | $23,853.57 | $22,529.92 | $4,500.00 |

4) This case was originally filed under Chapter 7 on December 31, 2012. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2013      By: /s/LARRY LIEBZEIT
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Mitsubishi Gallant | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 75,443.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4210-000 | 13,334.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$88,777.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LARRY LIEBZEIT | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| LARRY LIEBZEIT | 2200-000 | N/A | 48.85 | 48.85 | 48.85 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | | $1,193.85 | $1,193.85 | $1,193.85 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consultants Laboratory of WI LLC | 7100-000 | 480.00 | 33.27 | 33.27 | 5.16 |
| 2 | Fond du Lac Regional Clinic | 7100-000 | 820.00 | 165.00 | 165.00 | 25.57 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | 834.00 | 879.05 | 879.05 | 136.21 |
| 4 -2 | CitizensFirst Credit Union | 7100-000 | 6,931.00 | 6,537.75 | 6,537.75 | 1,013.06 |
| 5 | Capital One, N.A. | 7100-900 | 1,636.00 | 1,700.12 | 1,700.12 | 263.44 |
| 6 | Capital Recovery V, LLC | 7100-900 | 303.00 | 376.46 | 376.46 | 58.33 |
| 7 | Capital Recovery V, LLC | 7100-900 | 2,201.00 | 2,255.66 | 2,255.66 | 349.53 |
| 8 | Capital Recovery V, LLC | 7100-900 | 525.00 | 499.93 | 499.93 | 77.47 |
| 9 | Capital Recovery V, LLC | 7100-900 | 1,114.00 | 1,154.43 | 1,154.43 | 178.89 |
| 10 | eCAST Settlement Corporation assignee of Chase Bank USA | 7100-900 | 1,192.09 | 1,263.68 | 1,263.68 | 195.81 |
| 11 | eCAST Settlement Corporation assignee of Chase Bank USA | 7100-900 | 5,092.91 | 5,164.50 | 5,164.50 | 800.27 |
| 12 | Capital One, N.A. | 7100-900 | 325.00 | 366.54 | 366.54 | 56.80 |
| 13 | eCAST Settlement Corp, Assignee of Capital One | 7100-900 | 939.00 | 939.68 | 939.68 | 145.61 |
| 14 | Wells Fargo Bank NA | 7200-000 | 1,383.00 | 1,323.65 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citi Bank | 7100-000 | 196.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 1,773.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank | 7100-000 | 14,720.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Card | 7100-000 | 2,119.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Card | 7100-000 | 803.00 | N/A | N/A | 0.00 |
| NOTFILED | Wisconsin Lutheran Child & Family | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Summit Credit Union | 7100-000 | 31,233.00 | N/A | N/A | 0.00 |
| NOTFILED | West Way Acquisitions | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Agnes Hospital | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$75,352.00** | **$22,659.72** | **$21,336.07** | **$3,306.15** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38015  
**Case Name:** JUAREZ, ELIZABETH A.  
JUAREZ, DEJESUS  
**Period Ending:** 10/23/13

**Trustee:** (690190) LARRY LIEBZEIT  
**Filed (f) or Converted (c):** 12/31/12 (f)  
**§341(a) Meeting Date:** 02/01/13  
**Claims Bar Date:** 06/25/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Homestead | 90,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Citizens First Bank C.U. checking | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | Citizens First Bank C.U. savings | 5.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household goods & furniishings | 3,630.00 | 0.00 | OA | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | OA | 0.00 | FA |
| 6 | Jewelry | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | Term life insurance policy through employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Term life insurance policy through employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | 401k through employer | 1,800.00 | 0.00 | OA | 0.00 | FA |
| 10 | 401k through employer | 1,800.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2012 income tax refund | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2007 Mitsubishi Gallant  Compromise by Order dated 4/30/2013 [Doc 21]. | 6,000.00 | 6,000.00 | | 4,500.00 | FA |
| 13 | 2008 Dodge Charger | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | Fishing boat w/ motor | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$121,035.00** | **$6,000.00** | | **$4,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 30, 2014  
**Current Projected Date Of Final Report (TFR):** July 14, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

**Case Number:** 12-38015  
**Case Name:** JUAREZ, ELIZABETH A.  
JUAREZ, DEJESUS  
**Taxpayer ID #:** **-***9577  
**Period Ending:** 10/23/13

**Trustee:** LARRY LIEBZEIT (690190)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $1,905,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/13 | {12} | 722 REDEMPTION FUNDING | COMPROMISE PAYMENT BY ORDER DATED APRIL 30, 2013 | 1129-000 | 4,500.00 | | 4,500.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,490.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,480.00 |
| 09/07/13 | 101 | LARRY LIEBZEIT | Dividend paid 100.00% on $48.85, Trustee Expenses; Reference: | 2200-000 | | 48.85 | 4,431.15 |
| 09/07/13 | 102 | LARRY LIEBZEIT | Dividend paid 100.00% on $1,125.00, Trustee Compensation; Reference: | 2100-000 | | 1,125.00 | 3,306.15 |
| 09/07/13 | 103 | Consultants Laboratory of WI LLC | Dividend paid 15.49% on $33.27; Claim# 1; Filed: $33.27; Reference: 3798 | 7100-000 | | 5.16 | 3,300.99 |
| 09/07/13 | 104 | Fond du Lac Regional Clinic | Dividend paid 15.49% on $165.00; Claim# 2; Filed: $165.00; Reference: | 7100-000 | | 25.57 | 3,275.42 |
| 09/07/13 | 105 | Capital One Bank (USA), N.A. | Dividend paid 15.49% on $879.05; Claim# 3; Filed: $879.05; Reference: 8869 OR 5737 | 7100-900 | | 136.21 | 3,139.21 |
| 09/07/13 | 106 | CitizensFirst Credit Union | Dividend paid 15.49% on $6,537.75; Claim# 4 -2; Filed: $6,537.75; Reference: 6233 AUTO LOAN | 7100-000 | | 1,013.06 | 2,126.15 |
| 09/07/13 | 107 | Capital One, N.A. | Dividend paid 15.49% on $1,700.12; Claim# 5; Filed: $1,700.12; Reference: 1066 / KOHL'S | 7100-900 | | 263.44 | 1,862.71 |
| 09/07/13 | 108 | Capital Recovery V, LLC | Dividend paid 15.49% on $376.46; Claim# 6; Filed: $376.46; Reference: 4437 / OLD NAVY | 7100-900 | | 58.33 | 1,804.38 |
| 09/07/13 | 109 | Capital Recovery V, LLC | Dividend paid 15.49% on $2,255.66; Claim# 7; Filed: $2,255.66; Reference: 0178 / WALMART | 7100-900 | | 349.53 | 1,454.85 |
| 09/07/13 | 110 | Capital Recovery V, LLC | Dividend paid 15.49% on $499.93; Claim# 8; Filed: $499.93; Reference: 2283 / WALMART | 7100-900 | | 77.47 | 1,377.38 |
| 09/07/13 | 111 | Capital Recovery V, LLC | Dividend paid 15.49% on $1,154.43; Claim# 9; Filed: $1,154.43; Reference: 8256 /AMAZON.COM CONSUMER | 7100-900 | | 178.89 | 1,198.49 |
| 09/07/13 | 112 | eCAST Settlement Corporation assignee of Chase Bank USA N.A. | Dividend paid 15.49% on $1,263.68; Claim# 10; Filed: $1,263.68; Reference: 1390/CHASE BANK USA, N.A. | 7100-900 | | 195.81 | 1,002.68 |
| 09/07/13 | 113 | eCAST Settlement Corporation assignee of Chase Bank USA N.A. | Dividend paid 15.49% on $5,164.50; Claim# 11; Filed: $5,164.50; Reference: 0263/CHASE BANK USA, N.A. | 7100-900 | | 800.27 | 202.41 |
| 09/07/13 | 114 | Capital One, N.A. | Dividend paid 15.49% on $366.54; Claim# 12; Filed: $366.54; Reference: 8432/BEST BUY CO INC/3672 | 7100-900 | | 56.80 | 145.61 |
| 09/07/13 | 115 | eCAST Settlement Corp, Assignee | Dividend paid 15.49% on $939.68; Claim# 13; | 7100-900 | | 145.61 | 0.00 |

Subtotals: $4,500.00   $4,500.00

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-38015  
**Case Name:** JUAREZ, ELIZABETH A.  
JUAREZ, DEJESUS  
**Taxpayer ID #:** **-***9577  
**Period Ending:** 10/23/13

**Trustee:** LARRY LIEBZEIT (690190)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $1,905,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | of Capital One N.A.(MENARDS) | Filed: $939.68; Reference: 8115 / MENARDS | | | | |
| | | | ACCOUNT TOTALS | | 4,500.00 | 4,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,500.00 | 4,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,500.00 | $4,500.00 | |

Net Receipts :   4,500.00  
Net Estate :   $4,500.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******7566 | 4,500.00 | 4,500.00 | 0.00 |
| | $4,500.00 | $4,500.00 | $0.00 |